IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                          Plaintiff,                    ARREST WARRANT

    v.

                                                               14-cr-5-wmc

JOSEPH MANTHEI,

                          Defendant.
_____

      On August 12, 2014, the government filed an appeal of this court's release order and has moved for issuance of an arrest warrant for defendant based on allegations of previously-unknown criminal conduct by defendant as set forth in a criminal complaint issued by the U.S. District Court for the Eastern District of Michigan.  *See* dkt. 19.

      It is ORDERED that the government's motion for an arrest warrant is GRANTED.  It is FURTHER ORDERED that defendant JOSEPH MANTHEI shall be arrested by any authorized law enforcement officer and promptly brought before this court for a hearing on the government's appeal of this court's release order.

      Entered this 12th day of August, 2014.

                                                      BY THE COURT:

                                                      /s/

                                                      STEPHEN L. CROCKER
                                                      Magistrate Judge